UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL SANCHEZ,

    Plaintiff,

  v.

DIRECTOR FOR CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. 16-cv-01097-EMC

**ORDER OF TRANSFER**

Plaintiff filed this *pro se* civil rights action, complaining of a housing decision at Mule Creek State Prison, which is located in Amador County, California. Amador County is within the venue of the Eastern District of California. The defendant, the Director of the California Department of Corrections, is employed in Sacramento County and apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    **IT IS SO ORDERED**.

Dated: March 18, 2016

_____
EDWARD M. CHEN
United States District Judge